**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-4087**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATSY PARTIN SALMON,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CR-99-160-BO)

———————————

Submitted:  September 25, 2001      Decided:  October 15, 2001

———————————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert H. Hale, Jr., Raleigh, North Carolina, for Appellant.  John Stuart Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Scott L. Wilkinson, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patsy Partin Salmon appeals her conviction for bankruptcy fraud and the aiding and abetting of bankruptcy fraud in violation of 18 U.S.C.A. §§ 2, 152(7) (West 2000). Salmon contends that the district court erred in denying her motion under Fed. R. Crim. P. 29, to set aside the verdict and for judgment of acquittal, in which she argued that there was insufficient evidence to support the verdict. We affirm.

To determine whether there was sufficient evidence to support a conviction, this court considers whether, taking the evidence in the light most favorable to the government, any reasonable trier of fact could have found the defendant guilty beyond a reasonable doubt. <u>Glasser v. United States</u>, 315 U.S. 60, 80 (1942); <u>United States v. Burgos</u>, 94 F.3d 849, 862 (4th Cir. 1996). We grant Salmon's motion to file a supplemental joint appendix. We have reviewed the record and the briefs and find that there was sufficient evidence to support Salmon's conviction for bankruptcy fraud and the aiding and abetting of bankruptcy fraud. Accordingly, we affirm Salmon's conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2